**Order entered August 2, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01491-CV

**GARY C. EVANS, Appellant**

**V.**

**THE FROST NATIONAL BANK, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-15818**

## ORDER

The Court has before it appellant's July 31, 2013 unopposed motion for extension of time to file appellant's reply brief. The Court **GRANTS** the motion and **ORDERS** that any reply brief be filed by August 21, 2013.

/s/     ELIZABETH LANG-MIERS
        JUSTICE